# AMENDED COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Cristian M. Loga-Negru

Kevin K. Krueger

v.

(Full name of defendant(s))

Randall R. Hepp

Kevin Carr

Case Number:

Case No. 2:22-cv-00276-JPS
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin / Illinois__, and is located at
(State)

Waupun Correctional Institution, 200 S. Madison St., WI 53963
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Randall R. Hepp, Kevin Carr__
(Name)
is (if a person or private corporation) a citizen of __State of Wisconsin__

Amended Complaint – 1

(State, if known)

and (if a person) resides at  Wisconsin Department of Corrections

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  State of Wisconsin

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Jurisdiction of this Court is founded on a matter in controversy, exceeding exclusive of interest and costs, the sum of seventy-five thousand dollars.

2. The Plaintiffs, Cristian M. Loga-Negru and Kevin K. Krueger, residing at Waupun Correctional Institution, 200 S. Madison St, Waupun, WI 53963 are natural persons affected by the common conditions of living inside the Defendants-maintained facilities.

3. The Defendants Mr. Kevin Carr and Mr. Randall R. Hepp, are in charge of maintaining the facilities in which the Plaintiffs live. The Defendants are sued in official and personal capacity.

4. As a direct result of constant noise and yelling, screaming over the tiers, loud banging, and inmates competing for access to phone the defendants violated the Due Process clause of the constitution, causing injurious depravation of sleep and focus over a period of approximately 10 weeks. (e.g. William v. Boles, 841 F.2d 181, 183 (7th Cir. 1988)

5. Plaintiff Krueger's cancer evolved aggressively, and Plaintiff's Loga-Negru's heart pangs after the COVID-19 infection increased in frequency.

6. The phone access has been placed at the mercy of the neighbouring inmates who have no interaction with older people such as the Plaintiffs and fail to honor a reasonable sharing. The Plaintiffs allow this acces be run by the inmates, most of the time.

Amended Complaint - 2

7. Over an extended period of time, the defendants indirectly through their negligence, have permitted the Plaintiffs to be exposed to living conditions injurious to their health, which in Loga-Negru's case led to an injury as described in the previous complaint, and in Plaintiff's Krueger case to deprivation of sleep. Overcrowding occurres despite an empty cellhall.

8. Both Plaintiffs filed complaints about excessive noise pointing to various members of the community who were not moved either because the complaints were disregarded or because they remained in cell confinement.

9. Plaintiff Loga-Negru's appellate work was drastically affected as a result of disrupting noise during the past 3 months and Plaintiff Krueger's illness progressed by growing another tumor under his jaw.

10. Compared to other inmates, due to negligent allocation of phone access both Plaintiffs benefit from calling their families one time a week, for no more than 60-90 minutes as needed.

WHEREFORE the Plaintiffs demand judgment against the defendants for an additional one point one milion dollars, interest, and costs, in the form of compensatory, consequential and punitive damages if the court finds evidence in support of them.

A temporary injunction that would prevent the defendants from affecting the Plaintiff's habitat or property during the resolutin of this case; Any other relief the Court deems necessary.

Complaint - 3

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[X] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 1,500,000 .

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

---

Prayer for Relief

1. The Plaintiffs pray for a temporary injuction through which to preclude any change in the habitat pending relief.

2. Damages in value of a total of 1,500,000$ (one million and five hundred thousands dollars)

3. Regulations that establish housing based on temperament, age, and known propensities, to prevent a racial majority imposing an order to those in minority.

4. Proper accomodations for Plaintiff Krueger once he decides to go forward with the cancer treatment.

E.    JURY DEMAND

I want a jury to hear my case.

    [X] – YES         [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __26__ day of __April__ 20_22_.

    Respectfully Submitted,

    */s/ Cristian M. Joga-Negru*
    Signature of Plaintiff

647656
Plaintiff's Prisoner ID Number

Waupun Correctional Institution, 200 S. Madison,

Waupun, WI 53963

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

Amended Complaint – 5

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 26TH day of APRIL 20 22.

Respectfully Submitted,

*Kevin K. Krueger*
Signature of Plaintiff

186281
Plaintiff's Prisoner ID Number

200 S. Madison St., Waupun, WI 53963

Waupun Correctional Istitution

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

Amended Complaint – 5